UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WISHARD, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANCE INSURANCE COMPANY, INC., <br><br> Defendant. | 4:15-CV-04130-RAL <br><br><br> JUDGMENT OF DISMISSAL |

On September 16, 2015, the parties filed a Stipulation for Dismissal, Doc. 9. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 17th day of September, 2015.

                                                BY THE COURT:

                                                ROBERTO A. LANGE <br>
                                                UNITED STATES DISTRICT JUDGE